# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LATOUR, a minor, and JOHN A. LATOUR and DENISE LATOUR, as parents and natural guardians of Anthony Latour and in their individual capacity, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) NORTH SEWICKLEY TOWNSHIP, a Pennsylvania municipality; NORTH SEWICKLEY TOWNSHIP POLICE DEPARTMENT; MICHAEL MARKUN, in his Individual capacity and in his capacity as a North Sewickley Township Police Officer; HARRY BEIGHLEY, individually and in his Capacity as Chief of Police of North Sewickley Township Police Department; FRANKLIN TOWNSHIP, a Pennsylvania Municipality; FRANKLIN TOWNSHIP POLICE DEPARTMENT; ROBERT E. MORRISON, individually and in His capacity as Chief of Police of Franklin Township Police Department. ) ) ) ) ) ) ) ) ) ) ) ) Defendants. | Civil Action No. 06-0849<br><br>Judge Donnetta Ambrose |

## ORDER OF COURT

AND NOW, this __3d__ day of __Jan.__, __2007__, is hereby ORDERED that the within Motion to Settle a Minor's Claim and Approve Distribution is granted. Distribution of the settlement proceeds are to be distributed as follows:

a. $25,000.00 to be paid to Plaintiff Anthony Latour to be placed in the his name alone in a federally insured account, certificate of deposit, money market account, or like insured investment with the notation that said

funds are not to be withdrawn until Anthony Latour reaches the age of eighteen (18) years or without further Order of Court.

b. $15,000.00 to be paid to Plaintiffs John Latour and Denise Latour for reimbursement of attorney fees expended to represent Anthony Latour in the criminal case associated to the within case.

c. $20,000.00 to be paid to the law firm of Mansmann & Moore for Attorney fees and costs. Attorney fees in this case amount to $18,450.00 and costs expended to file and mediate the within case amount to $1,550.00.

BY THE COURT:

*[signature]*